```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 10204
  DANIEL PAKOSZ
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-0852


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/21/06 and confirmed on 10/24/06.

     2.  The case was converted to Chapter 7 after confirmation, 09/26/2007.

     3.  The Debtor paid a total of $   6204.00 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
VW CREDIT                  SECURED             16905.94       1548.12        3147.00
CATHERINE PAKISZ           CHILD SUPPORT      NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED            6428.33           .00            .00
CAPITAL ONE BANK           UNSECURED           12269.34           .00            .00
B REAL LLC                 UNSECURED           19229.50           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED            7949.56           .00            .00
KENNY & KENNY              PRIORITY             3500.00           .00            .00
THOMAS BOUNDAS             UNSECURED          NOT FILED           .00            .00
MH COHON LAW OFFICES       UNSECURED             674.37           .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 16905.94     3500.00    46551.10         .00       66957.04
PRINCIPAL PAID      3147.00         .00         .00         .00        3147.00
INTEREST PAID       1548.12         .00         .00         .00        1548.12
TOTAL PAID          4695.12         .00         .00         .00        4695.12
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $    1000.00   direct and $   1253.00   through the plan.

The Trustee received $     255.88 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/20/07                         /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 10204 DANIEL PAKOSZ